IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARBARA TESCH,

                                                                 ORDER

          Plaintiff,

                                                         12-cv-273-wmc

    v.

FIA CARD SERVICES, N.A., et al.,

          Defendants.

      The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 8th day of August, 2012.

                                            BY THE COURT:

                                            /s/

                                            _____
                                            WILLIAM M. CONLEY
                                            District Judge