IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARBARA TESCH,

                   Plaintiff,

v.

FIA CARD SERVICES, N.A., et al.,

                   Defendants.

ORDER

12-cv-273-wmc

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 8th day of August, 2012.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1