IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARBARA TESCH,

                Plaintiff,

v.

ONEMAIN FINANCIAL, INC. f/k/a
CITIFINANCIAL, INC.,
BENEFICIAL FINANCIAL I, INC.
successor by merger to BENEFICIAL
WISCONSIN, INC., and U.S. BANK
NATIONAL ASSOCIATION ND,

                Defendants.

ORDER

12-cv-273-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Barbara Tesch has filed a motion to seal the summary judgment materials filed in this case by defendant U.S. Bank National Association ND on the ground that they include plaintiff's social security number and other personally identifiable information about her. In addition, plaintiff has moved for sanctions. Defendant may have until December 17, 2012 to file a response. Plaintiff may have until December 21, 2012 to file a reply. The clerk of court is directed to seal dkt. ##40-46 while the motion is pending. If plaintiff's motion is granted, I will direct defendant to file redacted versions of those documents at that

1

time while keeping dkt. ##40-46 under seal.

    Entered this 12th day of December, 2012.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge