IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARBARA TESCH,

                ORDER

        Plaintiff,

                12-cv-273-bbc

    v.

ONEMAIN FINANCIAL, INC. f/k/a
CITIFINANCIAL, INC.,
BENEFICIAL FINANCIAL I, INC.
successor by merger to BENEFICIAL
WISCONSIN, INC., and U.S. BANK
NATIONAL ASSOCIATION ND,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case brought under the Fair Credit Reporting Act has been resolved in this court, at least for the time being. Plaintiff Barbara Tesch has settled her claim with Beneficial Financial I, Inc. and those two parties have stipulated to the dismissal of that claim, dkt. #143; I granted defendant U.S. Bank National Association ND's motion for summary judgment, dkt. #134; and plaintiff is pursuing her claim against defendant OneMain Financial, Inc. in arbitration. Dkt. #35.

      In an order dated March 6, 2013, dkt. #145, I directed plaintiff Barbara Tesch to show cause why I should not dismiss the complaint as to her claim against defendant OneMain Financial without prejudice so that I could enter judgment with respect to plaintiff's claim against defendant U.S. Bank. Because the deadline for responding passed on March 13 and plaintiff has filed nothing with the court, I will dismiss the claim against

OneMain Financial and direct the clerk of court to enter judgment on plaintiff's claim against defendant U.S Bank.

ORDER

IT IS ORDERED that

1. Plaintiff Barbara Tesch's claim against defendant OneMain Financial, Inc. is DISMISSED WITHOUT PREJUDICE to her refiling it at the conclusion of the arbitration proceedings.

2. The clerk of court is directed to enter judgment in favor of defendant U.S. Bank National Association ND and close this case.

Entered this 20th day of March, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge