UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Barbara Tesch,

    Plaintiff,

v.

Bank of America Corporation, HSBC Finance Corporation f/k/a Beneficial Corporation, U.S. Bank National Association, and OneMain Financial, Inc. f/k/a CitiFinancial, Inc.,

    Defendants.

Case No. 3:12-CV-00273-bbc

### ORDER CONFIRMING ARBITRATION AWARD

IT IS HEREBY ORDERED:

1. Pursuant to the stipulation of defendant, CitiFinancial, Inc., sued herein as OneMain Financial, Inc. ("CitiFinancial"), and plaintiff, Barbara Tesch, the Court entered an order on August 27, 2012 (dkt. # 35) requiring Tesch to arbitrate her claims against CitiFinancial and staying this action as between Tesch and CitiFinancial pending the arbitration.

2. The claims asserted by Tesch against CitiFinancial in this action were arbitrated by the parties before the American Arbitration Association.

3. The AAA arbitration proceeding betweeen Tesch and CitiFinancial concluded with the issuance of the "Award of Arbitrator" on April 10, 2014.

4. On April 14, 2014, CitiFinancial filed a motion to confirm the Award of Arbitrator (dkt. # 157).

5. The Award of Arbitrator has been filed with the Court (dkt. ## 157-1; 158-1). In the Award, the arbitrator denied the claims of Barbara Tesch against CitiFinancial, Inc. in their entirety and dismissed those claims with prejudice.

6. Tesch has filed no response to the motion to confirm the Award of Arbitrator.

7. The Award of Arbitrator is hereby confirmed.

Dated this 5th day of May, 2014.

BY THE COURT:

*Barbara B. Crabb*
Barbara B. Crabb
District Judge